UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID JOHN MCGUIGAN,

    Petitioner,

v.                                                  CASE NO. 8:08-cv-2430-T-27TBM
                                                   CRIM. CASE NO. 8:07-cr-83-T-24TBM

UNITED STATES OF AMERICA,

    Respondent.
_____/

**O R D E R**

This case is before the Court on a *sua sponte* review of the file. Petitioner originally filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("petition") (CV Dkt. 1). Subsequently, the Court entered an order explaining to Petitioner that a motion pursuant to 28 U.S.C. § 2255 is generally the proper means to challenge a criminal conviction (CV Dkt. 18). Petitioner requested that the Court recharacterize his petition as a § 2255 motion (CV Dkt. 22). On February 4, 2009, Petitioner filed an amended § 2255 motion (CV Dkt. 33). On February 9, 2009, the case was transferred to the undersigned (CV Dkt. 35).

In light of the foregoing and Local Rule 1.04(a),[1] the undersigned determines that this case should be closed, and Petitioner's 28 U. S.C. §2255 action opened under a new civil case number.

ACCORDINGLY, the Court **ORDERS** that:

1. The Clerk of the Court shall close civil case 08-cv-2330 and open a new civil case .

2. All pending motions with the exception of Document 33, Motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255 are denied without prejudice. Should Petitioner wish to refile the motions he may do so in the new civil case.

3. Any orders setting deadlines are set aside. Pursuant to Rule 4, Rules Governing Section 2255 Proceedings, this Court will conduct a preliminary review of the motion . If it appears that the moving party may be entitled to relief, the Court will order the United States Attorney to file a response within a fixed time.

2. Pursuant to Local Rule 1.04(a), the new case shall be assigned to the undersigned.

**DONE and ORDERED** in Tampa, Florida, this 11th day of February, 2009.

SUSAN C. BUCKLEW
United States District Judge

---

[1] Rule 1.04(a) states in pertinent part that "[a]ll motions under 28 U.S.C. Section 2255 shall be assigned to the judge to whom the original criminal case was assigned." See also Rule 4(a) Rules Governing Section 2255 Proceedings.

Copy to: Petitioner *pro se*
United States Attorney